UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

AMANDA SHELTON, et al     Plaintiffs

v.     No. 5:22-cv-00173-BJB

WESTERN KENTUCKY     Defendants
CORRECTIONAL COMPLEX, et al

\* \* \* \* \*

## JOINT STATUS REPORT

The Parties have conferred and propose the following extensions of time to the Agreed Scheduling Order:

(1) **Fact discovery**

    a) Close of fact discovery: **Mar 01, 2025**

(2) **Expert discovery**

    a) Disclosure of experts (Rule 26(a)(2)):

        i. Plaintiffs: **April 01, 2025**

        ii. Defendants: **June 01, 2025**

    b) Deposition dates: Propose at least two dates, within 30 days, for each expert when exchanging each report.

    c) Close of expert discovery: **Aug 29, 2025**

(3) **Joint status report and conference at the close of discovery**

    a) Telephonic status conference: _____, **2025**, at **9:30 a.m. Central Time**, before Magistrate Judge Lanny King. Counsel for the parties shall connect to this call by dialing the toll-free meeting number **1-877-848-7030** and entering access code **7238577#** when prompted.

    b) Joint status report (including position(s) on mediation): **Mar 01, 2025**

(4) **Dispositive and expert motions**. **October 31, 2025**. The parties shall file all dispositive motions and any motions objecting to the admissibility of expert testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999). Requests for extensions must be made by written motion and will be granted only for good cause.

(5) The parties agree to schedule a mediation after the close of fact discovery or at such time agreed upon between the parties to be completed no later than June 15, 2025.

Respectfully Submitted:

/s/ Sacha L. Armstrong
Sacha L. Armstrong, , #24782-82
ROBERT JOHN & ASSOCIATES, P.C.
5820 Vogel Road
Evansville, Indiana 47715
Phone:(812) 425-2718
Fax:(812) 425-2874
sacha@rjohnlaw.com
ATTORNEY FOR PLAINTIFFS

/s/ Edwards Baylous II
Justice & Publice Safety Cabinet
Office of Legal Counsel
125 Holmes St.
Frankfort, KY 40601
Edward.Baylous@ky.gov
Attorney for Defendants, Western Kentucky Correctional Complex, Candy Dickerson, Michael Nottom, Tammy Elkins, Ryan Mallory, Zachary Foster, and Zakkary Eubanks

/s/ Brian D. Wimsatt
Brian D. Wimsatt
POHL AUBREY GRAY, PSC
11901 Brinley Avenue
Louisville, Kentucky 40243
Telephone: 502-339-7001
bwimsatt@pohlaubrey.com
Counsel for Defendant