UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
No. 5:22-cv-00173-BJB

AMANDA SHELTON, et al     Plaintiffs

v.

WESTERN KENTUCKY CORRECTIONAL COMPLEX, et al     Defendants

## NOTICE

Pursuant to DN 43, undersigned counsel confirms that he is available and will attend the Status Conference scheduled for Monday, January 27, 2025 at 4:00 pm CST (5:00 pm EST).

*/s/ Edward A. Baylous, II*
Edward A. Baylous II
JUSTICE & PUBLIC SAFETY CABINET
OFFICE OF LEGAL COUNSEL
125 Holmes St.
Frankfort, KY 40601
Phone:     502-564-8231
Edward.baylous@ky.gov
*Counsel for Defendant*

## **Certificate of Service**

  The undersigned hereby certifies that he filed this Notice through the CM/ECF System which served a copy on the counsel of record on this the 24th day of January, 2025.

            /s/ Edward A. Baylous II