UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL CASE NO. 5:22-CV-00173-BJB

AMANDA SHELTON, et al     PLAINTIFFS

v.

WESTERN KENTUCKY     DEFENDANTS
CORRECTIONAL COMPLEX, et al

### AMENDED SCHEDULING ORDER

The Court conducted a telephonic status conference in this matter on January 27, 2025, with the following counsel participating:

| | |
|---|---|
| For Plaintiffs: | Sacha L. Armstrong |
| For Defendants: | Edward A. Baylous, II |
| For Intervenor Plaintiff: | Brian D. Wimsatt |

As discussed at the status conference, the Court adopts the joint status report, [DN 44], and orders the following deadlines be amended as follows:

Fact Discovery is due on or before **March 3, 2025**.

Plaintiff's Expert Disclosures is due on or before **April 3, 2025**.

Defendant's Expert Disclosures is due on or before **June 3, 2025**.

Close of Expert Discovery is due on or before **August 29, 2025**.

Dispositive/Daubert Motions are due on or before **October 31, 2025**.

**IT IS SO ORDERED**.

February 6, 2025

Lanny King, Magistrate Judge
United States District Court

C: Counsel of Record
P:0/15 (Time added in MJSTAR by CM)
LLK-mhb