UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISON
CASE NO. 5:22-CV-173-BJB
*Electronically Filed*

**AMANDA SHELTON** *et al*.                                                                 **PLAINTIFFS**

v.

**BOBBI JO BUTTS** *et al*.                                                                  **DEFENDANTS**

## NOTICE OF APPEARANCE

Please take notice that Angela T. Dunham hereby enters her appearance as co-counsel on behalf of the Defendants. Please direct all future pleadings, filings, and correspondence to the undersigned counsel at the following address: Justice and Public Safety Cabinet, Office of Legal Services, 125 Holmes Street, 2nd Floor, Frankfort, KY 40601; angela.dunham@ky.gov.

        Respectfully submitted,

        */s/ Angela T. Dunham*
        Angela T. Dunham, KY Bar ID 87976
        Justice & Public Safety Cabinet
        Office of Legal Services
        125 Holmes Street, 2nd Floor
        Frankfort, KY 40601
        Phone:    (502) 564-8220
        Facsimile:  (502) 564-6686
        E-mail:   angela.dunham@ky.gov
        *Counsel for Defendants*

## **Certificate of Service**

    The undersigned hereby certifies that he filed this Notice of Appearance through the CM/ECF System which served a copy on the counsel of record on this the 8th day of May, 2025.

*/s/ Angela T. Dunham*

_____

Angela T. Dunham
Counsel for Defendants