UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

CIVIL ACTION NO. 5:22-CV-00173            ELECTRONICALLY FILED

AMANDA SHELTON, et al.,            PLAINTIFF

v.            **MOTION TO DISMISS**
**SUBMITTED ON BEHALF OF DEFENDANTS**

WESTERN KENTUCKY CORRECTIONAL            DEFENDANTS
COMPLEX, *et al.*,

---

Come Defendants, by and through counsel, and move this Court to dismiss the above-styled action. In support of this motion, Defendants state as follows:[1]

1. This matter was referred to Magistrate Judge Lanny King to determine all pretrial matters.

2. Based upon that authority, a Telephonic Conference was scheduled for September 2, 2025.

3. In scheduling the September 2, 2025, Telephonic Conference, the Court directed Plaintiff to confirm availability, or have counsel enter an appearance and confirm availability by August 28, 2025.

4. Plaintiff did not confirm availability by the deadline set in the order, nor did counsel on behalf of Plaintiff confirm availability.

5. Further, Plaintiff did not appear for the September 2, 2025, Telephonic Conference, and no counsel appeared on behalf of Plaintiff.

---

[1] The procedural posture of this case is set out in the Court's Show Cause Order (DN 54).

1

6. The Court entered an Order on September 16, 2025, giving Plaintiff thirty (30) days to show cause why this matter should not be dismissed for failure to prosecute. Plaintiff was warned that a failure to respond to the court's order "may result in this matter being dismissed."

7. As of the date of this motion, approximately 2 months after the Court's September 16, 2025, order, there has been no response to the Court's Show Cause order.

Based upon Plaintiff's failure to comply with the Court's order, Defendants ask that this case be dismissed due to Plaintiff's failure to prosecute.

Respectfully submitted,

*/s/ Angela Dunham*
Angela Dunham, Ky Bar ID #87976
Justice & Public Safety Cabinet
Office of Legal Services
125 Holmes Street, Second Floor
Frankfort, Kentucky 40601
Telephone: (502) 564-8220
Fax: (502) 564-7554
Angela.dunham@ky.gov
Counsel for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I electronically filed this document with the Court by using the CM/ECF system, and mailed a copy, first class postage prepaid to the Plaintiff at the following address:

Amanda Shelton
15910 U.S. Highway 60 W.
Sturgis, KY 42459

*/s/ Angela Dunham*
Counsel for Defendants

2